IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Civil Action No. 3:12-0739 |
| | ) JUDGE HAYNES |
| v. | ) |
| BRAD GUDGEON, | ) |
| Defendant. | ) |

PLAINTIFF'S MOTION TO CONTINUE
CASE MANAGEMENT CONFERENCE

COME NOW the plaintiff, by and through the United States Attorney for the Middle District of Tennessee, and respectfully requests that the case management conference in this action, now set for Monday, September 10, 2012, be continued to a date in October 2012. For cause, the plaintiff submits the following:

This is a suit filed by the United States on July 18, 2012 to collect on a debt owed by the defendant. The plaintiff has attempted to serve the defendant by certified U.S. mail, return receipt. The plaintiff has also attempted to contact the defendant by regular U.S. mail as well as by telephone.

To date the defendant has not been properly served.

The plaintiff intends to employ the U.S. Marshall Service to properly serve the defendant.

Accordingly, the plaintiff respectfully moves that the initial case management conference be continued to a date in October 2012.

*[Handwritten annotation: This motion is GRANTED. /s/ Judge 9-6-12]*