**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 3:12-0739 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Brad Gudgeon | Personal |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Brad Gudgeon
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
316 Deerpoint Drive, Hendersonville, TN 37075-3989

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

William D. Hinton
Paralegal Specialist (Contractor)
110 9th Ave. South
Suite A-961
Nashville, TN 37203-3870

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold                                                                                                                                                  Fold

Possible telephone number 615-431-5697

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT

TELEPHONE NUMBER: 615-401-6594
DATE: 9/10/12

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1-1 | No. 75 | No. 75 | | 9-10-12 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 10-3-12
Time: ___ ☐ am ☐ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 8.10 | | | 8.10 | | $0.00 |

REMARKS: Sent cert mail 9-17-12 #7469
returned by P.O. marked "Unclaimed" 9/18, 9-22, 10-2

USMS MDTN SEP 10 '12 AM
OCT -4 PM 3:50

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. |
| BRAD GUDGEON | ) 3 12 0739 |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Brad Gudgeon
316 Deerpoint Drive
Hendersonville, TN 37075-3989

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Michael L. Roden
110 9th Avenue South
Suite A-961
Nashville, TN 37203-3870

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**KEITH THROCKMORTON**

*CLERK OF COURT*

Date: JUL 1 8 2012

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*: _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 3:12-0739 |
| BRAD GUDGEON, | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

The United States of America sues Defendant, Brad Gudgeon, for the sum of $14,419.16 plus accruing interest, and filing fees. For its cause of action, the United States alleges as follows:

1. This court has jurisdiction under Title 28 U.S.C. §1345.

2. Defendant is an individual subject to the jurisdiction of this court.

3. Defendant owes Plaintiff the principal sum of $14,419.16, plus accruing per diem interest as set forth in the Certificate of Indebtedness, which is attached as Exhibit A.

4. The facts stated in Exhibit A are incorporated herein as additional allegations of facts.

5. Plaintiff has demanded payment from Defendant, but none of the aforesaid sum has been paid.

WHEREFORE, Plaintiff demands judgment against Defendant for the following sums:

a. $14,419.16 ($4,495.40 principal, $9,923.76 interest, and administrative charges, if any, shown on Exhibit A);

b. Interest at the rate of 5.01 percent *per annum*, accruing from April 14, 2008, until the entry of judgment;

1

c.  Interest after judgment pursuant to the provisions of 28 U.S.C. § 1961(b); and

d.  Filing fees in the amount of $350.00 pursuant to 28 U.S.C. § 2412(a)(2).

The Plaintiff prays for all further relief that the court finds to be just.

Respectfully submitted,

JERRY E. MARTIN
UNITED STATES ATTORNEY
MIDDLE DISTRICT OF TENNESSEE

BY: *[signature]*

MICHAEL L. RODEN
Assistant United States Attorney
B.P.R. No. 010595
Suite A-961, 110 Ninth Avenue, South
Nashville, Tennessee 37203
Telephone: (615) 736-5151

2