THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:12-0739 |
| ) | JUDGE HAYNES |
| BRAD GUDGEON, ) | |
| ) | |
| Defendant. ) | |

### PLAINTIFF'S MOTION TO SET CASE MANAGEMENT CONFERENCE

Comes now the plaintiff, by and through the United States Attorney for the Middle District of Tennessee, and respectfully requests that the initial case management conference in this action be set for a date in November, 2012.

This is a suit filed by the United States on July 18, 2012 to collect on student loan debt owed by the defendant. The initial case management conference was originally set for September 10, 2012. However, this Court postponed the case management conference until the defendant could be served with a complaint and summons. The plaintiff served the defendant on October 23, 2012. (D.E. 6.).

Accordingly, the plaintiff respectfully moves that the initial case management conference be set for a date in November, 2012.

*[Handwritten annotation: Granted. The motion is granted. The conference is set for November 16, 2012 at 4:00 p.m. /s/ [signature] 10-26-12]*