# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:12-0739 |
| | ) | CHIEF JUDGE HAYNES |
| v. | ) | |
| | ) | |
| BRAD GUDGEON, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

It is hereby **ORDERED** that the initial case management conference scheduled for November 16, 2012 is **RESET** for Monday, December 17, 2012 at 10:00 a.m.

It is so **ORDERED**.

ENTERED this _____ day of November, 2012.


WILLIAM J. HAYNES, JR.
Chief U.S. District Judge