IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:12-0739 |
| | ) | CHIEF JUDGE HAYNES |
| v. | ) | |
| | ) | |
| BRAD GUDGEON, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

It is hereby **ORDERED** that a case management conference in this matter has been set for Monday, January 28, 2013 at 10:00 a.m.

It is so **ORDERED**.

ENTERED this _____7th_____ day of ~~December, 2012.~~ January, 2013

_____
WILLIAM J. HAYNES, JR.
Chief U.S. District Judge