In The United States District Court
For the Middle District of Tennessee
Nashville Division

RECEIVED IN CLERK'S OFFICE
JAN 24 2013
U.S. DISTRICT COURT
MID. DIST. TENN.

United States of America

Civil Case No. 3 12 0739

v.

Chief Judge Haynes

Brad Gudgeon

Motion for Continuance

I have been out of work for over 4 years due to a back injury. My car just broke down and I am not able to make the Jan 28th 10:00a.m. court date.

I'm asking for a rescheduling of the hearing to the mid spring. I am trying to work at home on the phone in sales. Hopefully, by then I can make a payment deal with the prosecution atty and have my car fixed.

*Brad R. Gudgeon*

Bradley R. Gudgeon
316 Deer Point Dr.
Hendersonville, TN
37075