In The United States District Court
For the Middle District of Tennessee
Nashville Division

United States of America

Civil Case No. 3 12 0739

v.

Chief Judge Haynes

Brad Gudgeon

Motion for Continuance

I have been out of work for over 4 years due to a back injury. My car just broke down and I am not able to make the Jan 28th 10:00a.m. court date.

I'm asking for a rescheduling of the hearing to the mid spring. I am trying to work at home on the phone in sales. Hopefully, by then I can make a payment deal with the prosecution atty and have my car fixed.

*Brad R. Gudgeon*

Bradley R. Gudgeon
316 Deer Point Dr.
Hendersonville, TN
37075