UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:12-cv-0739 |
| ) | CHIEF JUDGE WILLIAM J. HAYNES, JR. |
| BRAD GUDGEON, ) | |
| ) | |
| Defendant, ) | |

## AGREED ORDER OF COMPROMISE, SETTLEMENT, AND DISMISSAL.

IT IS HEREBY STIPULATED AND AGREED by and between Brad Gudgeon (the defendant) and the United States, as evidenced by the signature of the parties below as follows:

1. The United States filed a lawsuit on July 18, 2012 seeking relief of $14,419.16 plus accruing daily interest of .15 percent for unpaid student loans.

2. The Defendant-Debtor in this matter, Brad Gudgeon, has appeared *pro se*.

3. The Defendant has represented to Plaintiff that he is experiencing extreme financial hardship. He is unemployed and has no assets of any kind.

4. The parties have negotiated a deal whereby the Defendant has agreed to pay $14,419.16 plus post-judgment interest, which the Defendant acknowledges as due and owing, as soon as his financial well-being improves.

5. The intent to enter into this agreement is demonstrated by the signatures of the parties below.

THEREFORE, PREMISES CONSIDERED, IT IS HEREBY ORDERED THAT:

1. The stipulations set forth above are incorporated herein as findings of the Court.

2. The Defendant agrees to pay $14,419.16 plus post-judgment interest of .15 percent, in whole or through monthly payments, as soon as he finds employment and as his financial status permits.

3. The Defendant will notify the Plaintiff by writing to the United States Attorney's Office for the Middle District of Tennessee at 110 9th Avenue South, Suite A-961, Nashville, TN 37203 as soon as he finds permanent employment of any kind. Plaintiff will discuss repayment options with Defendant upon notification, and seek relief based upon the financial status of Defendant and his family at the time of notification.

4. The above-captioned action is hereby dismissed with prejudice.

5. At the request of the parties, this Court shall retain jurisdiction to enforce any and all terms and conditions of the settlement agreement.

ENTERED this 22nd day of May, 2013.

APPROVED FOR ENTRY:

_____
WILLIAM J. HAYNES
United States District Judge

Michael L. Roden, BPR# 010595
Assistant United States Attorney
United States Attorney's Office
110 9th Avenue South, Suite A-961
Nashville, TN 37203

Brad Gudgeon
316 Deer Point Drive
Hendersonville, TN 37075

2

Case 3:12-cv-00739   Document 32-1   Filed 05/21/13   Page 2 of 2 PageID #: 53
Case 3:12-cv-00739   Document 33   Filed 05/22/13   Page 2 of 2 PageID #: 55